JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ANGELICA MERA and TAE SUNG CHUNG,<br><br>    Plaintiff,<br><br>vs.<br><br>MACY'S CORPORATE SERVICES, INC.; and DOES 1 to 50, inclusive,<br><br>    Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**Civil Action No.:** CV12-0576-RSWL (FFMx)

**ORDER RE: JOINT STIPULATION FOR DISMISSAL**

   Upon consideration of the Joint Stipulation for Dismissal submitted by the parties [14]:

   IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

Dated: October 10, 2013

RONALD S.W. LEW
_____
HON. RONALD S.W. LEW
Senior U.S.  District Judge

_____
**ORDER RE: JOINT STIPULATION FOR DISMISSAL**